**IN THE UNITED STATES DISTRICT COURT**
       **EASTERN DISTRICT OF ARKANSAS**
            **JONESBORO DIVISION**

CODY BROADWAY, ET AL

v.                              NO. 3:07cv00149 SWW

ADIDAS AMERICA, INC. ET AL

## ORDER

Pursuant to the attached letter stating that this matter has been settled and the parties agree that the case should be dismissed with prejudice,

IT IS THEREFORE ORDERED that the above-styled case shall be dismissed with prejudice.

DATED this 12th day of November 2008.

                                          /s/Susan Webber Wright
                                          United States District Judge