IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CODY BROADWAY AND BILL BROADWAY, as next friend of Cody Broadway, | * * * * |
| Plaintiffs, | * * |
| vs. | * No. 3:07cv000149 SWW * * * |
| ADIDAS AMERICA, INC.; ADIDAS, INC.; ADIDAS-SALOMON NORTH AMERICA, INC., | * * * * |
| Defendants. | * |

ORDER

Plaintiffs Cody Broadway and Bill Broadway, as next friend of Cody Broadway, brought this products liability action against defendants adidas America, Inc., adidas, Inc., and adidas-Salomon North America, Inc., for alleged injuries suffered by Cody Broadway while playing basketball wearing allegedly defective adidas basketball shoes. By Order entered November 11, 2008 [doc.#24], this Court dismissed this action with prejudice pursuant to a settlement between the parties.

The matter is now before the Court on motion [doc.#25] of Jonathan Lee Riches, Lyman Faris and Yoram Raz ("movants"), at least one of whom is an inmate at F.C.I. Williamsburg, to intervene and for reconsideration. Movants claim adidas, in violation of the Constitution, sells defective basketball shoes to the Federal Bureau of Prisons, who then sells them to inmates at marked up prices.

The Court has considered the matter and denies movants' motion to intervene and for

reconsideration. Movants are not precluded from instituting in the appropriate jurisdiction their own action seeking redress for matters they claim to be unconstitutional.[1]

        IT IS SO ORDERED this 14th day of January 2009.

                              <u>/s/Susan Webber Wright</u>

                              UNITED STATES DISTRICT JUDGE

---

[1] The Court expresses no opinion on the jurisdiction or merits of any such action.